JAMES F. EGAN, as Administrator de Bonis Non of the Estate of TOBY BECKER, Appellant, *v.* THOMAS E. MURRAY, JR., as Receiver of the Interborough Rapid Transit Company, Respondent.

Submitted April 8, 1940; decided April 16, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 282 N. Y. 664.)